UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                                    §
                                          §
GERICK, PAUL M                            §    Case No. 10-57259
GERICK, GEORGIA                           §
                                          §
                                          §
                Debtor(s)                 §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ___ of the United States Bankruptcy Code was filed on ___. The undersigned trustee was appointed on ___.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]            $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

   5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

   6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

   7.  The Trustee's proposed distribution is attached as **Exhibit D**.

   8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

   The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/CATHERINE STEEGE_____
                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

Page: 1

| Case No: | 10-57259 PSH Judge: PAMELA S. HOLLIS | Trustee Name: | CATHERINE STEEGE |
|---|---|---|---|
| Case Name: | GERICK, PAUL M | Date Filed (f) or Converted (c): | 12/29/10 (f) |
| | GERICK, GEORGIA | 341(a) Meeting Date: | 02/16/11 |
| For Period Ending: | 10/26/12 | Claims Bar Date: | 06/21/11 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. REAL PROPERTY 1345 Country Court Libertyville IL - FORECLOSED | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 2. REAL PROPERTY 1432 Victoria Ave North Chicago IL - FORECLOSED | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 3. REAL PROPERTY 1416 Victoria Ave North Chicago IL - FORECLOSED | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 4. REAL PROPERTY 1420 W Howthorne Court Waukegan IL - FORECLOSED | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 5. TCF | 300.00 | 0.00 | | 0.00 | FA | 0.00 | 300.00 |
| 6. TCF | 30.00 | 0.00 | | 0.00 | FA | 0.00 | 30.00 |
| 7. Fidelity IRA | 500.00 | 0.00 | | 0.00 | FA | 0.00 | 500.00 |
| 8. FIDELITY | 100.00 | 0.00 | | 0.00 | FA | 0.00 | 100.00 |
| 9. 1995 Toyota Camery | 825.00 | 0.00 | | 0.00 | FA | 0.00 | 825.00 |
| 10. Inheritance (u) | 75,000.00 | 75,000.00 | | 179,261.25 | FA | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.75 | Unknown | 0.00 | 0.00 |
| | | | | | Gross Value of Remaining Assets | | |
| TOTALS (Excluding Unknown Values) | $76,755.00 | $75,000.00 | | $179,262.00 | $0.00 | $0.00 | $1,755.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 10-57259 | PSH | Judge: PAMELA S. HOLLIS | | Trustee Name: | CATHERINE STEEGE |
| Case Name: | GERICK, PAUL M | | | | Date Filed (f) or Converted (c): | 12/29/10 (f) |
| | GERICK, GEORGIA | | | | 341(a) Meeting Date: | 02/16/11 |
| | | | | | Claims Bar Date: | 06/21/11 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/12      Current Projected Date of Final Report (TFR): 06/30/12

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 10-57259 -PSH | | Trustee Name: | CATHERINE STEEGE |
| Case Name: | GERICK, PAUL M | | Bank Name: | ASSOCIATED BANK |
| | GERICK, GEORGIA | | Account Number / CD #: | *******9198  BofA - Checking Account |
| Taxpayer ID No: | *******0091 | | | |
| For Period Ending: | 10/26/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/09/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 21,288.71 | | 21,288.71 |
| 10/03/12 | 10 | The Procter & Gamel Company Shareholder Services P.O. Box 5572 Cincinnati, OH  45201-5572 | Sale of Stock TCMS deposit date differs from actual bank deposit date because trustee's assistant did not know that new scanner system does not automatically enter deposit into TCMS.  This process needs to be done manually. Actual bank deposit date is 9/24/12. | 1290-000 | 157,861.25 | | 179,149.96 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 179,149.96 | 0.00 | 179,149.96 |
| Less:  Bank Transfers/CD's | 21,288.71 | 0.00 | |
| Subtotal | 157,861.25 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 157,861.25 | 0.00 | |

Page Subtotals   179,149.96   0.00

UST Form 101-7-TFR (5/1/2011) (Page: 5)

LFORM24

Ver: 17.00b

**FORM 2**     Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**     Exhibit B

| | |
|---|---|
| Case No: | 10-57259 -PSH |
| Case Name: | GERICK, PAUL M |
| | GERICK, GEORGIA |
| Taxpayer ID No: | *******0091 |
| For Period Ending: | 10/26/12 |

| | |
|---|---|
| Trustee Name: | CATHERINE STEEGE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******3792 Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1<br>Transaction Date | 2<br>Check or Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/29/12 | 10 | Margaret Anna Gerick Estate<br>G. Don Westfall Admin. C.T.A.<br>124 Sawmill Creek Dr<br>Nellysford, VA 22958 | Inheritance | 1290-000 | 21,400.00 | | 21,400.00 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.16 | | 21,400.16 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 24.56 | 21,375.60 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.18 | | 21,375.78 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 27.16 | 21,348.62 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.17 | | 21,348.79 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 25.37 | 21,323.42 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.19 | | 21,323.61 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 27.97 | 21,295.64 |
| 08/09/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 21,295.69 |
| 08/09/12 | | BANK OF AMERICA, N.A.<br>901 MAIN STREET<br>9TH FLOOR<br>DALLAS, TX 75283 | BANK FEES | 2600-000 | | 6.98 | 21,288.71 |

Page Subtotals     21,400.75     112.04

LFORM24    UST Form 101-7-TFR (5/1/2011) *(Page: 6)*     Ver: 17.00b

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 10-57259 -PSH | | Trustee Name: | CATHERINE STEEGE |
|---|---|---|---|---|
| Case Name: | GERICK, PAUL M | | Bank Name: | BANK OF AMERICA, N.A. |
| | GERICK, GEORGIA | | Account Number / CD #: | *******3792 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0091 | | | |
| For Period Ending: | 10/26/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/09/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 21,288.71 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 21,400.75 | 21,400.75 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 21,288.71 | |
| Subtotal | 21,400.75 | 112.04 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 21,400.75 | 112.04 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| BofA - Checking Account - ********9198 | 157,861.25 | 0.00 | 179,149.96 |
| Money Market Account (Interest Earn - ********3792 | 21,400.75 | 112.04 | 0.00 |
| | 179,262.00 | 112.04 | 179,149.96 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 21,288.71

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: October 26, 2012 |
|---|---|---|---|---|---|---|

Case Number:    10-57259  
Debtor Name:    GERICK, PAUL M

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 001<br>3110-00 | JENNER & BLOCK LLP<br>353 N. Clark Street<br>CHICAGO, IL 60654-3456 | Administrative | | $0.00 | $0.00 | $2,487.56 |
| 001<br>3410-00 | ALAN D. LASKO<br>ALAN D. LASKO & ASSOCIATES, P.C.<br>29 SOUTH LA SALLE STREET, #434<br>CHICAGO, IL 60603 | Administrative | | $0.00 | $0.00 | $1,430.28 |
| 999<br>8200-00 | PAUL M GERICK<br>4939 N HARLEM<br>UNIT 1<br>CHICAGO, IL  60656 | Unsecured | | $0.00 | $0.00 | $85,270.19 |
| 000001<br>070<br>7100-00 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | (1-1) CREDIT CARD DEBT | $0.00 | $36,848.28 | $36,848.28 |
| 000002<br>070<br>7100-00 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | (2-1) CREDIT CARD DEBT | $0.00 | $5,801.56 | $5,801.56 |
| 000003<br>070<br>7100-00 | US Department of Education<br>PO Box 65128<br>St. Paul, MN 55165 | Unsecured | (3-1) Geogia Kefalas xxx-xx-9689 | $0.00 | $2,615.55 | $2,615.55 |
| 000004<br>070<br>7100-00 | FIA Card Services, NA/Bank of America<br>& MBNA America Bank NA<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $0.00 | $3,017.90 | $3,017.90 |
| 000005<br>070<br>7100-00 | FIA Card Services, NA/Bank of America<br>& MBNA America Bank NA<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $0.00 | $33,291.22 | $33,291.22 |
| | Case Totals: | | | $0.00 | $81,574.51 | $170,762.54 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-57259
Case Name: GERICK, PAUL M
                GERICK, GEORGIA
Trustee Name: CATHERINE STEEGE

       Balance on hand                              $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: CATHERINE STEEGE | $ | $ | $ |
| Attorney for Trustee Fees: JENNER & BLOCK LLP | $ | $ | $ |
| Attorney for Trustee Expenses: JENNER & BLOCK LLP | $ | $ | $ |
| Accountant for Trustee Fees: ALAN D. LASKO | $ | $ | $ |
| Accountant for Trustee Expenses: ALAN D. LASKO | $ | $ | $ |

      Total to be paid for chapter 7 administrative expenses       $_____

      Remaining Balance                                           $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $           must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $           have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be           percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American Express Bank, FSB | $ | $ | $ |
| 000002 | American Express Centurion Bank | $ | $ | $ |
| 000003 | US Department of Education | $ | $ | $ |
| 000004 | FIA Card Services, NA/Bank of America | $ | $ | $ |
| 000005 | FIA Card Services, NA/Bank of America | $ | $ | $ |

Total to be paid to timely general unsecured creditors     $_____

Remaining Balance     $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of      % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $      . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $      .