# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
GERICK, PAUL M § Case No. 10-57259 PSH
GERICK, GEORGIA §
§
§
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that CATHERINE STEEGE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Clerk of the U. S. Bankruptcy Court
219 South Dearborn
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report must appear at the hearing. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 11/27/12 in Courtroom 644, United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604.

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/26/2012                    By: CLERK OF THE U.S. BANKRUPTCY
                                                COURT

*CATHERINE STEEGE*
*353 N. Clark Street*
*CHICAGO, IL 60654-3456*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
GERICK, PAUL M § Case No. 10-57259 PSH
GERICK, GEORGIA §
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 179,262.00 |
| and approved disbursements of | $ | 112.04 |
| leaving a balance on hand of[1] | $ | 179,149.96 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: CATHERINE STEEGE | $ 7,949.59 | $ 0.00 | $ 7,949.59 |
| Attorney for Trustee Fees: JENNER & BLOCK LLP | $ 2,317.00 | $ 0.00 | $ 2,317.00 |
| Attorney for Trustee Expenses: JENNER & BLOCK LLP | $ 170.56 | $ 0.00 | $ 170.56 |
| Accountant for Trustee Fees: ALAN D. LASKO | $ 1,412.28 | $ 0.00 | $ 1,412.28 |
| Accountant for Trustee Expenses: ALAN D. LASKO | $ 18.00 | $ 0.00 | $ 18.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 11,867.43 |
| Remaining Balance | | $ | 167,282.53 |

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 81,574.51 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 36,848.28 | $ 0.00 | $ 36,848.28 |
| 000002 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 5,801.56 | $ 0.00 | $ 5,801.56 |
| 000003 | US Department of Education<br>PO Box 65128<br>St. Paul, MN 55165 | $ 2,615.55 | $ 0.00 | $ 2,615.55 |

UST Form 101-7-NFR (5/1/2011) *(Page: 3)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000004 | FIA Card Services, NA/Bank of America & MBNA America Bank NA by American InfoSource LP as its agent PO Box 248809 Oklahoma City, OK 73124-8809 | $ 3,017.90 | $ 0.00 | $ 3,017.90 |
| 000005 | FIA Card Services, NA/Bank of America & MBNA America Bank NA by American InfoSource LP as its agent PO Box 248809 Oklahoma City, OK 73124-8809 | $ 33,291.22 | $ 0.00 | $ 33,291.22 |
| | Total to be paid to timely general unsecured creditors | | $ | 81,574.51 |
| | Remaining Balance | | $ | 85,708.02 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

      To the extent funds remain after payment in full to all allowed claims, interest will be paid at the legal rate of 0.3 % pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $ 437.83 . The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

      The amount of surplus returned to the debtor after payment of all claims and interest is $ 85,270.19 .

      Prepared By: /s/CATHERINE STEEGE, TRUSTEE

*CATHERINE STEEGE*
*353 N. Clark Street*
*CHICAGO, IL 60654-3456*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

                        Certificate of Notice    Page 6 of 8

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                Case No. 10-57259-PSH
Paul M Gerick                                                         Chapter 7
Georgia Gerick
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: nmolina              Page 1 of 3            Date Rcvd: Oct 29, 2012
                              Form ID: pdf006            Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 31, 2012.
```
db         +Paul M Gerick,    4939 N Harlem,    Unit 1,    Chicago, IL 60656-3516
jdb        +Georgia Gerick,    4939 N Harlem,    Chicago, IL 60656-3516
aty         Jenner & Block LLP,    Catherine Steege,    353 N Clark Street,    Chicago, IL  60654-3456
16606117    Advanta Bk,    Welsh And Mckean R Pob 918,    Horsham, PA 19044
17192467    American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
17203783    American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
16606118   +Amex,    P.O. Box 981537,    El Paso, TX 79998-1537
16606119   +Bac Home Loans Servici,    450 American St,    Simi Valley, CA 93065-6285
16606123  ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court:   Cap One,    Po Box 85015,    Richmond, VA 23285-5075)
16606125  ++CHASE CARD SERVICES,    201 NORTH WALNUT STREET,    ATTN MARK PASCALE,    MAIL STOP DE1-1406,
             WILMINGTON DE 19801-2920
             (address filed with court:   Chase,    Po Box 1093,    Northridge, CA 91328)
16606121   +Cap One,    Pob 30281,    Salt Lake City, UT 84130-0281
16606124   +Cbna,    Po Box 769006,    San Antonio, TX 78245-9006
16606126   +Chase,    Po Box 15298,    Wilmington, DE 19850-5298
16606127   +Chase - Toys R Us,    Po Box 15298,    Wilmington, DE 19850-5298
16606128   +Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
16606129   +Citibankna,    Citibank / One Sto 1000 Technology Dr,    O Fallon, MO 63368-2239
16606131   +Franklin Collection Sv (Original Cr,    2978 W Jackson St,    Tupelo, MS 38801-6731
16606135  ++GUARANTY BANK,    4000 W BROWN DEER ROAD,    LOAN ADMINISTRATION,    BROWN DEER WI 53209-1221
             (address filed with court:   Guaranty Bank,    21731 Ventura Blvd,    Woodland Hills, CA 91364)
16606133   +Geoff Duncan,    1800 Nations Dr. Suite 117,    Gurnee, IL 60031-9171
16606134   +Gmac Mtg,    3451 Hammond Ave,    Waterloo, IA 50702-5300
16606136   +Hsbc Auto,    6602 Convoy Court,    San Diego, CA 92111-1009
16606137   +Hsbc Bank,    Po Box 5253,    Carol Stream, IL 60197-5253
16606138   +Ivelina Ivanova,    1205 Devon Ave,    Park Ridge, IL 60068-4552
16606140   +Mary Beth Stark IRA,    Brett Stark,    609 South Fourth Ave,    Libertyville, IL 60048-3305
16606141   +Mike Steiner,    18767 Chatham Way,    Lake Villa, IL 60046-6794
16606142   +Natl Cty Crd,    4661 East Main St,    Columbus, OH 43251-0001
16606144   +Nes/Slc,    200 West Monroe St Ste 700,    Chicago, IL 60606-5057
16606146   +Peoplesene,    130 E. Randolph Drive,    Chicago, IL 60601-6302
16606147    Radio/Cbsd,    Po Box 6497,    Sioux Falls, SD 57117-6497
16606148   +Richards Ralph,    175 E Hawthorne,    Suite 345,    Vernon Hills, IL 60061-1460
16606149   +Rnb-Fields3,    Po Box 9475,    Minneapolis, MN 55440-9475
16606150    Sears/Cbsd,    133200 Smith Rd,    Cleveland, OH 44130
16606151   +Torres Credit Servic (Original Cred,    27 Fairview St  Ste 301,    Carlisle, PA 17015-3200
16606152    U S Dept Of Ed/Fisl/Ch,    P O Box 8422,    Chicago, IL 60605
16606153  ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:   Us Bank,    Po Box 5227,    Cincinnati, OH 45201)
17267515   +US Department of Education,    PO Box 65128,    St. Paul, MN 55165-0128
16606154   +Us Bank Home Mortgage,    4801 Frederica St,    Owensboro, KY 42301-7441
16606155   +Us Dept Of Education,    Po Box 5609,    Greenville, TX 75403-5609
16606157   +Wfnnb/Express,    4590 E Broad St,    Columbus, OH 43213-1301
16606139   #+lou Harris & Co.,    Craig Scheffler,    613 Acadamy Drive,    Northbrook, IL 60062-2420
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
17434717    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 30 2012 01:54:08
             FIA Card Services, NA/Bank of America,    & MBNA America Bank NA,
             by American InfoSource LP as its agent,    PO Box 248809,    Oklahoma City, OK  73124-8809
16606132   +E-mail/PDF: gecsedi@recoverycorp.com Oct 30 2012 01:55:08      Gemb/Gap,    Po Box 981400,
             El Paso, TX 79998-1400
16606143   +E-mail/Text: bkfilings@nationaled.net Oct 30 2012 03:02:50      Nes/Idapp,
             200 West Monroe Suite 700,    Chicago, IL 60606-5057
16606145   +E-mail/Text: ebn@vativrecovery.com Oct 30 2012 01:10:38       Palisades Collection L (Original Cr,
             210 Sylvan Ave,    Englewood, NJ 07632-2524
16606156   +E-mail/PDF: bankruptcyverizonwireless@afninet.com Oct 30 2012 01:52:43      Verizon Wireless/Great,
             1515 Woodfield Rd Ste140,    Schaumburg, IL 60173-5443
                                                                                              TOTAL: 5
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
16606122*  ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court:   Cap One,    Po Box 85520,    Richmond, VA 23285)
16606120   ##+Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
16606130   ##+Citimortgage Inc,    Po Box 9438,    Gaithersburg, MD 20898-9438
                                                                                 TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1          User: nmolina              Page 2 of 3              Date Rcvd: Oct 29, 2012
                              Form ID: pdf006            Total Noticed: 45
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 31, 2012**          **Signature:**   _Joseph Speetjens_

```
District/off: 0752-1          User: nmolina             Page 3 of 3             Date Rcvd: Oct 29, 2012
                              Form ID: pdf006           Total Noticed: 45
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 26, 2012 at the address(es) listed below:
          Catherine L Steege   on behalf of Trustee Catherine Steege csteege@jenner.com,
           docketing@jenner.com;mmatlock@jenner.com
          Catherine L. Steege   csteege@jenner.com, csteege@ecf.epiqsystems.com
          John  Nasiakos   on behalf of Debtor Paul Gerick john@nasiakoslaw.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov

                                                                                                               TOTAL: 4