# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                        §
                                              §
GERICK, PAUL M                                §        Case No. 10-57259
GERICK, GEORGIA                               §
                                              §
            Debtor(s)                         §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

CATHERINE STEEGE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                          Assets Exempt:
*(Without deducting any secured claims)*


Total Distributions to Claimants:          Claims Discharged
                                           Without Payment:


Total Expenses of Administration:

3) Total gross receipts of $              (see **Exhibit 1**), minus funds paid to the debtor and third parties of $              (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on             .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/CATHERINE STEEGE _____
                                                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| PAUL M GERICK |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bac Home Loans Servici 450 American St Simi Valley, CA 93065 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Po Box 1093 Northridge, CA 91328 | | | | | |
| | Citimortgage Inc Po Box 9438 Gaithersburg, MD 20898 | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CATHERINE STEEGE, TRUSTEE | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| JENNER & BLOCK | | | | | |
| JENNER & BLOCK | | | | | |
| ALAN D. LASKO | | | | | |
| ALAN D. LASKO | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nes/Idapp 200 West Monroe Suite 700 Chicago, IL 60606 | | | | | |
| | Nes/Idapp 200 West Monroe Suite 700 Chicago, IL 60606 | | | | | |
| | Nes/Idapp 200 West Monroe Suite 700 Chicago, IL 60606 | | | | | |
| | Nes/Idapp 200 West Monroe Suite 700 Chicago, IL 60606 | | | | | |
| | Nes/Slc 200 West Monroe St Ste 700 Chicago, IL 60606 | | | | | |
| | Nes/Slc 200 West Monroe St Ste 700 Chicago, IL 60606 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Nes/Slc 200 West Monroe St Ste 700 Chicago, IL 60606 | | | | | |
| | Nes/Slc 200 West Monroe St Ste 700 Chicago, IL 60606 | | | | | |
| | U S Dept Of Ed/Fisl/Ch P O Box 8422 Chicago, IL 60605 | | | | | |
| | U S Dept Of Ed/Fisl/Ch P O Box 8422 Chicago, IL 60605 | | | | | |
| | U S Dept Of Ed/Fisl/Ch P O Box 8422 Chicago, IL 60605 | | | | | |
| | U S Dept Of Ed/Fisl/Ch P O Box 8422 Chicago, IL 60605 | | | | | |
| | U S Dept Of Ed/Fisl/Ch P O Box 8422 Chicago, IL 60605 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advanta Bk Welsh And Mckean R Pob 918 Horsham, PA 19044 | | | | | |
| | Amex P.O. Box 981537 El Paso, TX 79998 | | | | | |
| | Amex P.O. Box 981537 El Paso, TX 79998 | | | | | |
| | Bank Of America Po Box 17054 Wilmington, DE 19850 | | | | | |
| | Bank Of America Po Box 17054 Wilmington, DE 19850 | | | | | |
| | Cap One Po Box 85015 Richmond, VA 23285-5075 | | | | | |
| | Cap One Po Box 85520 Richmond, VA 23285 | | | | | |
| | Cap One Pob 30281 Salt Lake City, UT 84130 | | | | | |
| | Cbna Po Box 769006 San Antonio, TX 78245 | | | | | |
| | Chase - Toys R Us Po Box 15298 Wilmington, DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Po Box 15298 Wilmington, DE 19850 | | | | | |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Citibankna Citibank / One Sto 1000 Technology Dr O Fallon, MO 63368 | | | | | |
| | Franklin Collection Sv (Original Cr 2978 W Jackson St Tupelo, MS 38801 | | | | | |
| | Gemb/Gap Po Box 981400 El Paso, TX 79998 | | | | | |
| | Geoff Duncan 1800 Nations Dr. Suite 117 Gurnee, IL 60031 | | | | | |
| | Gmac Mtg 3451 Hammond Ave Waterloo, IA 50702-5345 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Guaranty Bank 21731 Ventura Blvd Woodland Hills, CA 91364 | | | | | |
| | Guaranty Bank 21731 Ventura Blvd Woodland Hills, CA 91364 | | | | | |
| | Hsbc Auto 6602 Convoy Court San Diego, CA 92111 | | | | | |
| | Hsbc Auto 6602 Convoy Court San Diego, CA 92111 | | | | | |
| | Hsbc Bank Po Box 5253 Carol Stream, IL 60197 | | | | | |
| | Ivelina Ivanova 1205 Devon Ave Park Ridge, IL 60068 | | | | | |
| | Mary Beth Stark IRA, Brett Stark 609 South Fourth Ave Libertyville, IL 60048 | | | | | |
| | Mike Steiner 18767 Chatham Way Lake Villa, IL 60046 | | | | | |
| | Natl Cty Crd 4661 East Main St Columbus, OH 43251 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Palisades Collection L (Original Cr 210 Sylvan Ave Englewood, NJ 07632 | | | | | |
| | Peoplesene 130 E. Randolph Drive Chicago, IL 60601 | | | | | |
| | Peoplesene 130 E. Randolph Drive Chicago, IL 60601 | | | | | |
| | Peoplesene 130 E. Randolph Drive Chicago, IL 60601 | | | | | |
| | Peoplesene 130 E. Randolph Drive Chicago, IL 60601 | | | | | |
| | Peoplesene 130 E. Randolph Drive Chicago, IL 60601 | | | | | |
| | Radio/Cbsd Po Box 6497 Sioux Falls, SD 57117-6497 | | | | | |
| | Richards Ralph 175 E Hawthorne Suite 345 Vernon Hills, IL 60061 | | | | | |
| | Rnb-Fields3 Po Box 9475 Minneapolis, MN 55440 | | | | | |
| | Rnb-Fields3 Po Box 9475 Minneapolis, MN 55440 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Sears/Cbsd 133200 Smith Rd Cleveland, OH 44130 | | | | | |
| | Torres Credit Servic (Original Cred 27 Fairview St Ste 301 Carlisle, PA 17015 | | | | | |
| | Us Bank Home Mortgage 4801 Frederica St Owensboro, KY 42301 | | | | | |
| | Us Bank Po Box 5227 Cincinnati, OH 45201 | | | | | |
| | Us Bank Po Box 5227 Cincinnati, OH 45201 | | | | | |
| | Us Dept Of Education Po Box 5609 Greenville, TX 75403 | | | | | |
| | Verizon Wireless/Great 1515 Woodfield Rd Ste140 Schaumburg, IL 60173 | | | | | |
| | Wfnnb/Express 4590 E Broad St Columbus, OH 43213 | | | | | |
| | lou Harris & Co. Craig Scheffler 613 Acadamy Drive Northbrook, IL 60062 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000002 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000004 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000005 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000003 | US DEPARTMENT OF EDUCATION | | | | | |
| | MARY BETH STARK | | | | | |
| | MICHAEL STEINER | | | | | |
| | AMERICAN EXPRESS BANK, FSB | | | | | |
| | AMERICAN EXPRESS CENTURION BANK | | | | | |
| | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| | MARY BETH STARK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | MICHAEL STEINER | | | | | |
| | US DEPARTMENT OF EDUCATION | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page:   1

Exhibit 8

| Case No: | 10-57259   PSH   Judge: PAMELA S. HOLLIS |
| Case Name: | GERICK, PAUL M |
| | GERICK, GEORGIA |
| For Period Ending: | 01/08/13 |

| Trustee Name: | CATHERINE STEEGE |
| Date Filed (f) or Converted (c): | 12/29/10 (f) |
| 341(a) Meeting Date: | 02/16/11 |
| Claims Bar Date: | 06/21/11 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. REAL PROPERTY 1345 Country Court Libertyville IL - FORECLOSED | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 2. REAL PROPERTY 1432 Victoria Ave North Chicago IL - FORECLOSED | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 3. REAL PROPERTY 1416 Victoria Ave North Chicago IL - FORECLOSED | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 4. REAL PROPERTY 1420 W Howthorne Court Waukegan IL - FORECLOSED | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 | 0.00 |
| 5. TCF | 300.00 | 0.00 | | 0.00 | FA | 0.00 | 300.00 |
| 6. TCF | 30.00 | 0.00 | | 0.00 | FA | 0.00 | 30.00 |
| 7. Fidelity IRA | 500.00 | 0.00 | | 0.00 | FA | 0.00 | 500.00 |
| 8. FIDELITY | 100.00 | 0.00 | | 0.00 | FA | 0.00 | 100.00 |
| 9. 1995 Toyota Camery | 825.00 | 0.00 | | 0.00 | FA | 0.00 | 825.00 |
| 10. Inheritance (u) | 75,000.00 | 75,000.00 | | 179,261.25 | FA | 0.00 | 0.00 |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.75 | Unknown | 0.00 | 0.00 |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $76,755.00 | $75,000.00 | | $179,262.00 | $0.00 | $0.00 | $1,755.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

Case No:      10-57259      PSH    Judge: PAMELA S. HOLLIS

Case Name:   GERICK, PAUL M

GERICK, GEORGIA

Trustee Name:              CATHERINE STEEGE

Date Filed (f) or Converted (c):    12/29/10 (f)

341(a) Meeting Date:        02/16/11

Claims Bar Date:            06/21/11

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/12          Current Projected Date of Final Report (TFR): 06/30/12

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   1

Exhibit 9

| Case No: | 10-57259 -PSH | Trustee Name: | CATHERINE STEEGE |
| Case Name: | GERICK, PAUL M | Bank Name: | ASSOCIATED BANK |
| | GERICK, GEORGIA | Account Number / CD #: | *******9198  BofA - Checking Account |
| Taxpayer ID No: | *******0091 | | |
| For Period Ending: | 01/08/13 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/09/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 21,288.71 | | 21,288.71 |
| 10/03/12 | 10 | The Procter & Gamel Company Shareholder Services P.O. Box 5572 Cincinnati, OH  45201-5572 | Sale of Stock TCMS deposit date differs from actual bank deposit date because trustee's assistant did not know that new scanner system does not automatically enter deposit into TCMS.  This process needs to be done manually. Actual bank deposit date is 9/24/12. | 1290-000 | 157,861.25 | | 179,149.96 |
| 12/03/12 | 003001 | CATHERINE STEEGE, TRUSTEE JENNER & BLOCK LLP 353 N. CLARK STREET CHICAGO, IL 60654-3456 | Trustee's Final Compensation | 2100-000 | | 7,949.59 | 171,200.37 |
| 12/03/12 | 003002 | JENNER & BLOCK LLP 353 N. Clark Street CHICAGO, IL 60654-3456 | Trustee Counsel-Final Compensation | | | 2,487.56 | 168,712.81 |
| | | | Fees            2,317.00 | 3110-000 | | | |
| | | | Expenses          170.56 | 3120-000 | | | |
| 12/03/12 | 003003 | ALAN D. LASKO ALAN D. LASKO & ASSOCIATES, P.C. 29 SOUTH LA SALLE STREET, #434 CHICAGO, IL 60603 | Trustee Accountant-Final Comp | | | 1,430.28 | 167,282.53 |
| | | | Fees            1,412.28 | 3410-000 | | | |
| | | | Expenses           18.00 | 3420-000 | | | |

Page Subtotals            179,149.96            11,867.43

UST Form 101-7-TDR (5/1/2011) *(Page: 16)*

Ver: 17.01

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | | |
|---|---|---|---|
| Case No: | 10-57259 -PSH | Trustee Name: | CATHERINE STEEGE |
| Case Name: | GERICK, PAUL M | Bank Name: | ASSOCIATED BANK |
| | GERICK, GEORGIA | Account Number / CD #: | *******9198  BofA - Checking Account |
| Taxpayer ID No: | *******0091 | | |
| For Period Ending: | 01/08/13 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 12/05/12 | 003004 | CATHERINE STEEGE<br>JENNER & BLOCK<br>353 N. Clark Street<br>CHICAGO, IL  60654-3456 | Chapter 7 Compensation/Fees | 2100-003 | | 2,431.60 | 164,850.93 |
| * 12/05/12 | 003004 | CATHERINE STEEGE<br>JENNER & BLOCK<br>353 N. Clark Street<br>CHICAGO, IL  60654-3456 | Chapter 7 Compensation/Fees<br>Trustee paid twice in error - reversed to correct | 2100-003 | | -2,431.60 | 167,282.53 |
| * 12/05/12 | 003005 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | FINAL DISTRIBUTION - Claim 000001<br><br>Claim          36,848.28<br>Interest          214.12 | <br><br>7100-003<br>7990-003 | | 37,062.40 | 130,220.13 |
| * 12/05/12 | 003005 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | FINAL DISTRIBUTION - Claim 000001<br>Trustee paid twice in error - reversed to correct<br><br>Claim          (     36,848.28 )<br>Interest          (       214.12) | <br><br><br>7100-003<br>7990-003 | | -37,062.40 | 167,282.53 |
| * 12/05/12 | 003006 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | FINAL DISTRIBUTION - Claim 000002<br><br>Claim          5,801.56 | <br><br>7100-003 | | 5,835.27 | 161,447.26 |

Page Subtotals          0.00          5,835.27

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 17)*

FORM 2

Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-57259  -PSH |
| Case Name: | GERICK, PAUL M |
| | GERICK, GEORGIA |
| Taxpayer ID No: | *******0091 |
| For Period Ending: | 01/08/13 |

| | |
|---|---|
| Trustee Name: | CATHERINE STEEGE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9198  BofA - Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | Interest          33.71 | 7990-003 | | | |
| * | 12/05/12 | 003006 | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | FINAL DISTRIBUTION - Claim 000002 Trustee paid twice in error - reversed to correct | | | -5,835.27 | 167,282.53 |
| | | | | Claim         (       5,801.56 ) | 7100-003 | | | |
| | | | | Interest       (         33.71 ) | 7990-003 | | | |
| * | 12/05/12 | 003007 | US Department of Education PO Box 65128 St. Paul, MN 55165 | FINAL DISTRIBUTION - Claim 000003 | | | 2,630.75 | 164,651.78 |
| | | | | Claim          2,615.55 | 7100-003 | | | |
| | | | | Interest           15.20 | 7990-003 | | | |
| * | 12/05/12 | 003007 | US Department of Education PO Box 65128 St. Paul, MN 55165 | FINAL DISTRIBUTION - Claim 000003 Trustee paid twice in error - reversed to correct | | | -2,630.75 | 167,282.53 |
| | | | | Claim         (       2,615.55 ) | 7100-003 | | | |
| | | | | Interest       (         15.20 ) | 7990-003 | | | |
| * | 12/05/12 | 003008 | FIA Card Services, NA/Bank of America & MBNA America Bank NA by American InfoSource LP as its agent PO Box 248809 Oklahoma City, OK 73124-8809 | FINAL DISTRIBUTION - Claim 000004 | | | 3,035.44 | 164,247.09 |
| | | | | Claim          3,017.90 | 7100-003 | | | |
| | | | | Interest           17.54 | 7990-003 | | | |

Page Subtotals               0.00           -2,799.83

Ver: 17.01

FORM 2                                                                                                                   Page:   4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                                                        Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-57259 -PSH | |
| Case Name: | GERICK, PAUL M | |
| | GERICK, GEORGIA | |
| Taxpayer ID No: | *******0091 | |
| For Period Ending: | 01/08/13 | |

| | |
|---|---|
| Trustee Name: | CATHERINE STEEGE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9198  BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 12/05/12 | 003008 | FIA Card Services, NA/Bank of America & MBNA America Bank NA by American InfoSource LP as its agent PO Box 248809 Oklahoma City, OK 73124-8809 | FINAL DISTRIBUTION - Claim 000004 Trustee paid twice in error - reversed to correct<br><br>Claim       (      3,017.90 )<br>Interest     (        17.54) | 7100-003<br>7990-003 | | -3,035.44 | 167,282.53 |
| * 12/05/12 | 003009 | FIA Card Services, NA/Bank of America & MBNA America Bank NA by American InfoSource LP as its agent PO Box 248809 Oklahoma City, OK 73124-8809 | FINAL DISTRIBUTION - Claim 000005<br><br>Claim       33,291.22<br>Interest       193.45 | 7100-003<br>7990-003 | | 33,484.67 | 133,797.86 |
| * 12/05/12 | 003009 | FIA Card Services, NA/Bank of America & MBNA America Bank NA by American InfoSource LP as its agent PO Box 248809 Oklahoma City, OK 73124-8809 | FINAL DISTRIBUTION - Claim 000005 Trustee paid twice in error - reversed to correct<br><br>Claim       (     33,291.22 )<br>Interest     (       193.45) | 7100-003<br>7990-003 | | -33,484.67 | 167,282.53 |
| * 12/05/12 | 003010 | Mary Beth Stark 609 South Fourth Avenue Libertyville, IL  60048 | Tardy General Unsecured 726(a)(3)<br><br>Claim       25,000.00<br>Interest       145.27 | 7200-003<br>7990-003 | | 25,145.27 | 142,137.26 |

Page Subtotals                          0.00              22,109.83

Ver: 17.01

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 19)*

FORM 2                                                                                    Page:   5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-57259 -PSH | |
| Case Name: | GERICK, PAUL M | |
| | GERICK, GEORGIA | |
| Taxpayer ID No: | *******0091 | |
| For Period Ending: | 01/08/13 | |

| | | |
|---|---|---|
| Trustee Name: | CATHERINE STEEGE | |
| Bank Name: | ASSOCIATED BANK | |
| Account Number / CD #: | *******9198  BofA - Checking Account | |
| | | |
| Blanket Bond (per case limit): | $  5,000,000.00 | |
| Separate Bond (if applicable): | | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * | 12/05/12 | 003010 | Mary Beth Stark<br>609 South Fourth Avenue<br>Libertyville, IL  60048 | Tardy General Unsecured 726(a)(3)<br>Trustee paid twice in error - reversed to correct<br><br>Claim       (      25,000.00 )<br>Interest     (       145.27 ) | <br><br><br>7200-003<br>7990-003 | | -25,145.27 | 167,282.53 |
| * | 12/05/12 | 003011 | Michael Steiner<br>c/o Newland & Newland, LLP<br>1512 Artaius Parkway, #300<br>Libertyville, IL  60048 | Tardy General Unsecured 726(a)(3)<br><br><br>Claim         20,897.54<br>Interest       121.43 | <br><br><br>7200-003<br>7990-003 | | 21,018.97 | 146,263.56 |
| * | 12/05/12 | 003011 | Michael Steiner<br>c/o Newland & Newland, LLP<br>1512 Artaius Parkway, #300<br>Libertyville, IL  60048 | Tardy General Unsecured 726(a)(3)<br>Trustee paid twice in error - reversed to correct<br><br>Claim       (    20,897.54 )<br>Interest     (       121.43 ) | <br><br><br>7200-003<br>7990-003 | | -21,018.97 | 167,282.53 |
| * | 12/05/12 | 003012 | PAUL M GERICK<br>4939 N HARLEM<br>UNIT 1<br>CHICAGO, IL  60656 | Surplus Funds | 8200-003 | | 36,638.16 | 130,644.37 |
| * | 12/05/12 | 003012 | PAUL M GERICK<br>4939 N HARLEM<br>UNIT 1 | Surplus Funds<br>Trustee paid twice in error - reversed to correct | 8200-003 | | -36,638.16 | 167,282.53 |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | -25,145.27 |

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 20)*

FORM 2   Page:   6

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-57259 -PSH | |
| Case Name: | GERICK, PAUL M | |
| | GERICK, GEORGIA | |
| Taxpayer ID No: | *******0091 | |
| For Period Ending: | 01/08/13 | |

| | |
|---|---|
| Trustee Name: | CATHERINE STEEGE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9198  BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | CHICAGO, IL  60656 | | | | | |
| 12/05/12 | 003013 | American Express Bank, FSB c/o Becket and Lee LLP PO Box 3001 Malvern, PA 19355-0701 | Final Distribution - Claim 01 | | | 37,062.40 | 130,220.13 |
| | | | Claim        36,848.28 | 7100-000 | | | |
| | | | Interest        214.12 | 7990-000 | | | |
| 12/05/12 | 003014 | American Express Centurion Bank c/o Becket and Lee LLP PO Box 3001 Malvern, PA 19355-0701 | Final Distribution - Claim 02 | | | 5,835.27 | 124,384.86 |
| | | | Claim        5,801.56 | 7100-000 | | | |
| | | | Interest        33.71 | 7990-000 | | | |
| 12/05/12 | 003015 | US Department of Education PO Box 65128 St. Paul, MN 55165 | Final Distribuiton - Claim 03 | | | 2,630.75 | 121,754.11 |
| | | | Claim        2,615.55 | 7100-000 | | | |
| | | | Interest        15.20 | 7990-000 | | | |
| 12/05/12 | 003016 | FIA Card Services, NA/Bank of America & MBNA America Bank NA by American InfoSource LP as its agent PO Box 248809 Oklahoma City, OK 73124-8809 | Final Distribution - Claim 04 | | | 3,035.43 | 118,718.68 |
| | | | Claim        3,017.90 | 7100-000 | | | |
| | | | Interest        17.53 | 7990-000 | | | |

|  | | |
|---|---|---|
| Page Subtotals | 0.00 | 48,563.85 |

Ver: 17.01

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    7

Exhibit 9

| | | |
|---|---|---|
| Case No: | 10-57259  -PSH | |
| Case Name: | GERICK, PAUL M | |
| | GERICK, GEORGIA | |
| Taxpayer ID No: | *******0091 | |
| For Period Ending: | 01/08/13 | |

| | |
|---|---|
| Trustee Name: | CATHERINE STEEGE |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******9198  BofA - Checking Account |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 12/05/12 | 003017 | FIA Card Services, NA/Bank of America & MBNA America Bank NA by American InfoSource LP as its agent PO Box 248809 Oklahoma City, OK 73124-8809 | Final Distribution - Claim 05 | | | | 33,484.67 | 85,234.01 |
| | | | Claim | 33,291.22 | 7100-000 | | | |
| | | | Interest | 193.45 | 7990-000 | | | |
| 12/05/12 | 003018 | Mary Beth Stark 609 South Fourth Avenue Libertyville, IL  60048 | Final Distribution | | | | 25,145.27 | 60,088.74 |
| | | | Claim | 25,000.00 | 7200-000 | | | |
| | | | Interest | 145.27 | 7990-000 | | | |
| 12/05/12 | 003019 | Michael Steiner c/o Newland & Newland, LLP 1512 Artaius Parkway, #300 Libertyville, IL  60048 | Final Distribution | | | | 21,018.98 | 39,069.76 |
| | | | Claim | 20,897.54 | 7200-000 | | | |
| | | | Interest | 121.44 | 7990-000 | | | |
| 12/05/12 | 003020 | PAUL M GERICK 4939 N HARLEM UNIT 1 CHICAGO, IL  60656 | Surplus Funds | | 8200-000 | | 39,069.76 | 0.00 |

| | | | |
|---|---|---|---|
| | Page Subtotals | 0.00 | 118,718.68 |

Ver: 17.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 22)*

FORM 2                                                                                              Page:    8

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                                    Exhibit 9

| Case No: | 10-57259 -PSH | Trustee Name: | CATHERINE STEEGE |
| Case Name: | GERICK, PAUL M | Bank Name: | ASSOCIATED BANK |
| | GERICK, GEORGIA | Account Number / CD #: | *******9198 BofA - Checking Account |
| Taxpayer ID No: | *******0091 | | |
| For Period Ending: | 01/08/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 179,149.96 | 179,149.96 | 0.00 |
| | | | Less:  Bank Transfers/CD's | | 21,288.71 | 0.00 | |
| | | | Subtotal | | 157,861.25 | 179,149.96 | |
| | | | Less:  Payments to Debtors | | | 39,069.76 | |
| | | | Net | | 157,861.25 | 140,080.20 | |

Page Subtotals                                    0.00                    0.00

FORM 2

Page: 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-57259 -PSH |
|---|---|
| Case Name: | GERICK, PAUL M |
| | GERICK, GEORGIA |
| Taxpayer ID No: | *******0091 |
| For Period Ending: | 01/08/13 |

| Trustee Name: | CATHERINE STEEGE |
|---|---|
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******3792 Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/29/12 | 10 | Margaret Anna Gerick Estate G. Don Westfall Admin. C.T.A. 124 Sawmill Creek Dr Nellysford, VA 22958 | Inheritance | 1290-000 | 21,400.00 | | 21,400.00 |
| 04/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.16 | | 21,400.16 |
| 04/30/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 24.56 | 21,375.60 |
| 05/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.18 | | 21,375.78 |
| 05/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 27.16 | 21,348.62 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.17 | | 21,348.79 |
| 06/29/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 25.37 | 21,323.42 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.19 | | 21,323.61 |
| 07/31/12 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 27.97 | 21,295.64 |
| 08/09/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.05 | | 21,295.69 |
| 08/09/12 | | BANK OF AMERICA, N.A. 901 MAIN STREET 9TH FLOOR DALLAS, TX 75283 | BANK FEES | 2600-000 | | 6.98 | 21,288.71 |

Page Subtotals   21,400.75   112.04

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 24)*

FORM 2

Page:    10

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-57259  -PSH | | Trustee Name: | CATHERINE STEEGE |
| Case Name: | GERICK, PAUL M | | Bank Name: | BANK OF AMERICA, N.A. |
| | GERICK, GEORGIA | | Account Number / CD #: | *******3792  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******0091 | | | |
| For Period Ending: | 01/08/13 | | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/09/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 21,288.71 | 0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | COLUMN TOTALS | | | 21,400.75 | 21,400.75 | 0.00 |
| | | Less: Bank Transfers/CD's | | | 0.00 | 21,288.71 | |
| | | Subtotal | | | 21,400.75 | 112.04 | |
| | | Less:  Payments to Debtors | | | | 0.00 | |
| | | Net | | | 21,400.75 | 112.04 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| BofA - Checking Account - *******9198 | 157,861.25 | 140,080.20 | 0.00 |
| Money Market Account (Interest Earn - ********3792 | 21,400.75 | 112.04 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 179,262.00 | 140,192.24 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                0.00                21,288.71